IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KASH REGISTER,

      Petitioner,                No. CIV S-10-0889 FCD DAD P

      vs.

S. SALINAS,

      Respondent.              ORDER

/

      Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 14, 2010, petitioner filed a motion to proceed in forma pauperis. The same day, petitioner paid the $5.00 filing fee.

      Accordingly, IT IS HEREBY ORDERED that petitioner's April 14, 2010 motion to proceed in forma pauperis (Doc. No. 2) is denied as moot.

DATED: May 24, 2010.

                                              DALE A. DROZD
                                              UNITED STATES MAGISTRATE JUDGE

DAD:sj
regi0889.ifp

1